**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| James Andre Woodard, | Case No. 23-cv-3588 (PJS/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Lisa Stensteh, | |
| Respondent. | |

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated March 28, 2024. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. James Andre Woodard's Petition Under 28 U.S.C. § 2254 of Habeas Corpus by a Person in State Custody, Docket No. 1, is **DISMISSED WITH PREJUDICE** as untimely.

2. No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 29, 2024

s/Patrick J. Schiltz
Patrick J. Schiltz
Chief Judge
United States District Court